UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, A MICHIGAN CORPORATION;<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY BUILDERS, INC., WAYNE KOISTINEN, ROSEANNE KOISTINEN, LARRY KOISTINEN,<br><br>Defendants. | 5:22-CV-05079-RAL<br><br><br><br>DEFAULT JUDGMENT |

Based on the Opinion and Order Supporting Default Judgment and Damage Amount, it is

ORDERED, ADJUDGED, AND DECREED that under Rules 54, 55, and 58 of the Federal Rules of Civil Procedure, judgment hereby enters in favor of Plaintiff and against Defendants in the amount of $103,704.22 in current losses, costs, and fees incurred by Plaintiff. It is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff may file a motion to amend judgment amount together with an affidavit quantifying amounts and dates of payments to facilitate prejudgment interest calculations if and when it incurs the anticipated future losses, costs, and expenses presently estimated at $61,150.00.

DATED this 27th day of June, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE